JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL ALFONSO RIVERO, THE ESTATE OF ANGEL ALFONSO RIVERO, MARIA C. ROMERO, RICARDO ALFONSO RIVERO, ANA JULIA RIVERO, ANGEL MANUEL RIVERO,<br><br>Plaintiff,<br><br>v.<br><br>BOSTON SCIENTIFIC; AND DOES 1 - 50, INCLUSIVE,<br><br>Defendants. | Case No. EDCV 11-00727 VAP (SPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: June 17, 2011

VIRGINIA A. PHILLIPS
United States District Judge